IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE J. TURNER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 2:13-cv-904-WHA ) |
| CYNTHIA DILLARD, et al., | )        (WO) ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #7), entered on January 6, 2014, and the Plaintiff's Objection (Doc. #11), filed on January 27, 2014. Following an independent evaluation and *de novo* review of this case, the court finds, for the reasons given in the Recommendation, that the objection is without merit, and it is hereby OVERRULED. The court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. Plaintiff's Complaint against the Alabama Board of Pardons and Paroles is DISMISSED with prejudice prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

2. The Alabama Board of Pardons and Paroles is DISMISSED as a party to this action.

3. Plaintiff's claim for monetary damages against Defendant Dillard is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(iii).

4. This case is referred back to the Magistrate Judge for further proceedings.

DONE this 26th day of February, 2014.

                                                             /s/ W. Harold Albritton
                                                             W. HAROLD ALBRITTON
                                                             SENIOR UNITED STATES DISTRICT JUDGE